In the Matter of the Claim of ROMEO SANTO, Respondent, against SYMINGTON MACHINE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 3, 1933; decided October 17, 1933.)

*William B. Davis* and *E. C. Sherwood* for appellants.
*Henry R. Dutcher* for claimant-respondent.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.